UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                          CASE NO. 8:19-cv-3077-T-23CPT

JOHN DOE,

    Defendant.
_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 16), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 2, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE